# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**AHKIEM NELSON,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00018-TES-CHW-2** |

## ORDER GRANTING CONSENT MOTION FOR CONTINUANCE IN THE INTERESTS OF JUSTICE

Before the Court is the Government's Consent Motion for Continuance [Doc. 37]. On May 15, 2024, the Grand Jury returned an Indictment [Doc. 1-1] charging Defendant Ahkiem Nelson with one count of Conspiracy to Commit Straw Purchases of Firearms, in violation of in violation of 18 U.S.C. § 932(b)(2) (Count 2), and two counts of making a False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Counts 4 & 5). [Doc. 1-1, pp. 1–8]. Defendant Nelson is in custody. [Doc. 35]; [Doc. 37, p. 1].

According to the Government's motion, "additional time [is] needed for the defense to review the discovery and engage in meaningful plea negotiations." [Doc. 37, p. 1]. So that Defendant Nelson and his counsel will have adequate time to review and evaluate the discovery material, the Court **GRANTS** the Government's Consent Motion for Continuance [Doc. 37]. [*Id.* at pp. 1–2]. The Court **CONTINUES** this case to *October*

*28, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for August 13, 2024, is **CANCELED**. *See* Notice of Resetting Hearing, *United States v. Chance*, 3:24-cr-00018-TES-CHW, entered Aug. 5, 2024. The ends of justice served by this continuance outweigh the best interests of the public and Defendant Nelson in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 12th day of August, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
