# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **AHKIEM NELSON,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00018-TES-CHW-2** |

## ORDER GRANTING CONSENT MOTION FOR CONTINUANCE IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Ahkiem Nelson's Consent Motion for Continuance [Doc. 43]. On May 15, 2024, the Grand Jury returned an Indictment [Doc. 1-1] charging Defendant Nelson with one count of Conspiracy to Commit Straw Purchases of Firearms, in violation of in violation of 18 U.S.C. § 932(b)(2) (Count 2), and two counts of making a False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Counts 4 & 5). [Doc. 1-1, pp. 1–8]. Defendant Nelson is in custody. [Doc. 35].

According to Defendant Nelson's Consent Motion, "the impacts of recent hurricanes" require more time to discuss a resolution of this matter. [Doc. 43, p. 1]. Therefore, the Court **GRANTS** Defendant Nelson's Consent Motion for Continuance [Doc. 43] and **CONTINUES** this case to *December 2, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. §

3161(h)(7)(B)(i). The pretrial conference scheduled for October 24, 2024, is **CANCELED**.

*See* Notice of Setting Hearing, United States v. Chance, 3:24-cr-00018-TES-CHW-2, entered Sept. 25, 2024. The ends of justice served by this continuance outweigh the best interests of the public and Defendant Nelson in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 16th day of October, 2024.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**